COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DAWN RUBIO,<br><br>Plaintiff,<br><br>v.<br><br>USS-UPI, LLC GROUP BENEFITS FOR UNION EMPLOYEES PLAN (formerly known as the USS POSCO INDUSTRIES GROUP BENEFITS FOR UNION EMPLOYEES PLAN); THE UNITED STATES STEEL & CARNEGIE PENSION FUND, as successor Plan Administrator,<br><br>Defendants. | CASE NO. 26-CV-04667-TSH |

**ORDER**

The foregoing Stipulation is hereby GRANTED. Pursuant to the Parties' Stipulation, it is ORDERED as follows:

1. The deadline for Defendants to file a motion, answer, or other response to the Complaint is extended to September 15, 2026.

2. The Case Management Conference is rescheduled for _October 29, 2026 at 10:00 AM, with the Case Management Statement due by October 22, 2026.

Dated: _July 23, 2026_________

THOMAS S. HIXSON
United States Magistrate Judge