Bethany A. Vasquez (SBN 209423)
COZEN O'CONNOR
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 593-9621
Email: bavasquez@cozen.com

Attorneys for Defendants
USS-UPI, LLC GROUP BENEFITS FOR UNION EMPLOYEES PLAN and THE UNITED STATES STEEL & CARNEGIE PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA DAWN RUBIO,

Plaintiff,

v.

USS-UPI, LLC GROUP BENEFITS FOR UNION EMPLOYEES PLAN (formerly known as the USS POSCO INDUSTRIES GROUP BENEFITS FOR UNION EMPLOYEES PLAN); THE UNITED STATES STEEL & CARNEGIE PENSION FUND, as successor Plan Administrator,

Defendants.

CASE NO. 26-CV-04667-TSH

**STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 FOR ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE; DECLARATION OF BETHANY A. VASQUEZ; ~~[PROPOSED]~~ ORDER**

Pursuant to Civil Local Rule 6-2, Plaintiff Melissa Dawn Rubio ("Plaintiff") and Defendants USS-UPI, LLC Group Benefits for Union Employees Plan and The United States Steel & Carnegie Pension Fund ("Defendants") (collectively, the "Parties"), through their respective counsel of record, respectfully stipulate and request that the Court extend Defendants' deadline to respond to the Complaint to November 20, 2026, and continue the Case Management Conference and related Case Management Statement deadline to dates in December 2026, or to such other dates as are convenient for the Court.



COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

WHEREAS, the current deadline for Defendants to file a motion, answer, or other response to the Complaint is September 15, 2026 (ECF Nos. 1, 10, 11, 13, 14).

WHEREAS, the Court has scheduled the Case Management Conference for October 29, 2026, with the Case Management Statement currently due on October 22, 2026 (ECF Nos. 6, 13, 14).

WHEREAS, the Parties have conferred regarding this action and believe that continued early settlement discussions may promote the efficient resolution of this matter. Additional time is needed for the Parties to consult with plan representatives and other necessary stakeholders before Defendants file a response to the Complaint. An opportunity for an early resolution will be enhanced by a deferral of litigation costs that would otherwise be incurred in responding to a nine-count complaint.

WHEREAS, the requested extension is sought in good faith, is not requested for purposes of delay, will not prejudice any party, and will not affect any currently scheduled case deadlines other than Defendants' deadline to respond to the Complaint, the Case Management Conference, and the related Case Management Statement deadline.

NOW, THEREFORE, the Parties respectfully request that the Court enter an Order as follows:

1. Defendants shall have until November 20, 2026, to file a motion, answer, or other response to Plaintiff's Complaint.
2. The deadline for filing the Case Management Statement, currently October 22, 2026, and the Case Management Conference, currently October 29, 2026, shall be continued to dates in December 2026, or to such other dates as are convenient for the Court (ECF Nos. 6, 13, 14).

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

IT IS SO STIPULATED.

*/s/ Raquel M. Busani*
RAQUEL M. BUSANI
ERISA LAW CENTER
6485 N. Palm Avenue, Suite 105
Fresno, CA 93704
(559) 478-4119
raquel@erisalg.com

Attorney for Plaintiff
(authorized pursuant to Civil L.R. 5-1(i)(3))

*/s/ Bethany A. Vasquez*
BETHANY A. VASQUEZ
COZEN O'CONNOR
388 Market Street, Suite 1000
San Francisco, CA 94111
(415) 593-9621
bavasquez@cozen.com

Attorney for Defendants

## DECLARATION OF BETHANY A. VASQUEZ

I, Bethany A. Vasquez, declare as follows:

1. I am an attorney duly licensed to practice before this Court and am counsel for Defendants USS-UPI, LLC Group Benefits for Union Employees Plan and The United States Steel & Carnegie Pension Fund in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. The current deadline for Defendants to file a motion, answer, or other response to the Complaint is September 15, 2026 (ECF Nos. 1, 10, 11, 13, 14).

3. The Court has scheduled the Case Management Conference for October 29, 2026, with the Case Management Statement currently due on October 22, 2026 (ECF Nos. 6, 13, 14).

4. The Parties have conferred regarding this action and believe that continued early settlement discussions may promote the efficient resolution of this matter. Additional time is needed for the Parties to consult with plan representatives and other necessary stakeholders before Defendants file a response to the Complaint. The requested extension will allow the Parties to focus on those early settlement efforts before Defendants incur the expense of preparing a response to the Complaint.

5. The Parties have stipulated to extend Defendants' time to respond to the Complaint to November 20, 2026, and to continue the Case Management Conference and Case Management Statement deadline to dates in late December 2026, or to such other dates as are convenient for the Court. Other than the requested continuance of Defendants' deadline to respond to the Complaint, the Case Management Conference, and the related Case Management Statement deadline, the requested extension will not affect any currently scheduled case deadlines.

6. There has been one previous stipulation and order modifying time in this case (ECF Nos. 13, 14).

7. The requested extension is sought in good faith, is not requested for purposes of delay, will not prejudice any party, and is intended to facilitate efficient early settlement discussions.

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August 2026, at San Francisco, California.

*/s/ Bethany A. Vasquez*
BETHANY A. VASQUEZ

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA DAWN RUBIO,

Plaintiff,

v.

USS-UPI, LLC GROUP BENEFITS FOR UNION EMPLOYEES PLAN (formerly known as the USS POSCO INDUSTRIES GROUP BENEFITS FOR UNION EMPLOYEES PLAN); THE UNITED STATES STEEL & CARNEGIE PENSION FUND, as successor Plan Administrator,

Defendants.

CASE NO. 26-CV-04667-TSH

**ORDER**

The foregoing Stipulation is hereby GRANTED. Pursuant to the Parties' Stipulation, IT IS ORDERED as follows:

1. Defendants shall have until November 20, 2026, to file a motion, answer, or other response to the Complaint.

2. The Case Management Conference is rescheduled for December 17, 2026, with the Case Management Statement due by December 10, 2026.

Dated: September 1, 2026

THOMAS S. HIXSON
United States Magistrate Judge

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111